UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2767
_____

NIZAR AL-SHARIF,

Appellant

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-10-cv-01435)
District Judge:  Honorable Claire C. Cecchi
_____

Before:  McKEE, *Chief Judge*, RENDELL, AMBRO, FUENTES, SMITH, FISHER,
JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SCIRICA and
VAN ANTWERPEN, *Circuit Judges*.
_____

ORDER
_____

Pursuant to Third Circuit IOP 9.2, it is hereby ORDERED that the above-
captioned case will be submitted on the briefs to the en banc panel on August 15, 2013.


BY THE COURT:

/s/ Theodore A. McKee
Chief Judge


Dated:      July 30, 2013
cjg/tyw/cc:  Thomas E. Moseley
             Bradley B. Banias, Esq.
             Timothy M. Belsan, Esq.
             Michael Campion, Esq.
             Kristin L. Vassallo, Esq.